**Marja Wolaszek, Appellee, v. Polish National Alliance of the United States of North America, Appellant.**

Gen. No. 43,268.

Heard in the first division, first district, this court at the December term, 1944; opinion filed March 26, 1945; released for publication April 11, 1945. Casimir R. Wachowski and Theodore A. Siniarski, for appellant; Casimir R. Wachowski and Theodore A. Siniarski, of counsel; Michael A. Gerrard, for appellee. Opinion by JUSTICE MATCHETT. Not to be published in full.